USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/5/2021__

XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAYMOND WHITE,

                        Defendant.

**ORDER**

21 Cr. 660 (ER)

Ramos, D.J.:

    The federal defender assigned to this case, Andrew J. Dalack, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to CJA counsel **Justine A. Harris**.

    The Clerk of the Court is respectfully directed to terminate the motion, doc. 11.

SO ORDERED.

Dated: New York, New York
         November 5, 2021

                                              Edgardo Ramos, U.S.D.J.