```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 4/19/2022
```

XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RAYMOND WHITE,

                    Defendant.

**ORDER**

21 Cr. 660 (ER)

Ramos, D.J.:

    The C.J.A. attorneys assigned to this case, Justine Harris and Anna Estevao, are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **David S. Greenfield**.

SO ORDERED.

Dated: New York, New York
       April 19, 2022

                                                        Edgardo Ramos, U.S.D.J.