# EPSTEIN SACKS PLLC

ATTORNEYS AT LAW

100 LAFAYETTE STREET - SUITE 502

NEW YORK, N.Y. 10013

(212) 684-1230

Fax (212) 571-5507

**MEMO ENDORSED**

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

September 21, 2022

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Filed on ECF**

> Defendant's reply to the pretrial motion is due October 11, 2022.  The October 5 status conference is adjourned to October 20, 2022 at 2 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  9/23/2022
> New York, New York

Re: *United States v. Raymond White*
21 Cr. 660 (ER)

Dear Judge Ramos:

      Together with David S. Greenfield, I represent the defendant Raymond White pursuant to the Criminal Justice Act.  Our reply motion is due on Friday September 23, 2022, and the next status conference in this case is scheduled for October 5, 2022. (ECF No. 54.)  October 5th is the Jewish holiday of Yom Kippur which both Mr. Greenfield and I observe.  In addition, we have consulted with the Government, and they have no objection to our seeking an extension of time to file our reply.  Among other things, although we mailed the Government's opposition to our client at Essex County promptly after it was filed, when we spoke to Mr. White yesterday afternoon, he informed us that he has not yet received it and that he would like the opportunity to review it prior to our filing.  In light of that and our observance of the Jewish holidays that fall in the next two weeks, we respectfully request that the Court allow us until Tuesday October 11, 2022 to file any reply, and to schedule the next appearance thereafter.  We have consulted with Your Honor's Chambers, and we understand that the Court is available for a conference on Thursday October 20th at 2PM.  This schedule works for both the Government and the defense.

                                                                    Respectfully submitted,

                                                                     Sarah M. Sacks