```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,
```
                                            **RESCHEDULING ORDER**

         - against -
                                            21-cr-660 (ER)

RAYMOND WHITE,

                        Defendant.
-------------------------------------------------------x

The Court is in receipt of defense counsel's *ex parte* application to be relieved as counsel. Accordingly, the status conference previously scheduled for October 20, 2022, is hereby **rescheduled to occur as a substitution of counsel hearing on October 20, 2022 at 12 p.m.**

SO ORDERED.

Dated:  New York, New York
        October 19, 2022

                                            Edgardo Ramos, U.S.D.J.