UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>RAYMOND WHITE,<br><br>                    Defendant. | **ORDER**<br><br>21 Cr. 660 (ER) |

Ramos, D.J.:

    The C.J.A. attorneys assigned to this case, David Greenfield and Sarah Sacks, are hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Calvin Scholar**.

    It is SO ORDERED.

Dated: New York, New York
       October 20, 2022

                                                                       Edgardo Ramos, U.S.D.J.