

```
                                                          225 BROADWAY
                                                            SUITE 715
                                                        NEW YORK, NY 10007
                                                         T: 212 323 6922
                                                         F: 212 323 6923
```

January 19, 2023

The Honorable Edgardo Ramos
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

RE:    *United States v. Raymond White*
       21 Cr. 660 (ER)

Dear Judge Ramos:

      I am the attorney for the defendant in the above-referenced matter, having been appointed by Order dated October 20, 2022 pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Thereafter, on October 28, 2022, the Court appointed Ms. Sarah Speis as associate counsel. On January 6, 2023, we filed a letter requesting that the Court schedule a status conference in advance of the trial currently scheduled for February 21, 2023, to address outstanding issues, including a possible adjournment of the trial. On January 19, 2023, the Government filed a letter in response opposing the defense's request for a status conference and adjournment of trial. The purpose of this letter is to respectfully request that the Court permit counsel the opportunity to respond to the Government's opposition letter by Monday, January 23, 2023. The Court's time and consideration of this matter are greatly appreciated.

      Very truly yours,

      /s/

      Calvin H. Scholar
      Sarah Speis

cc:    AUSA Edward Robinson
       AUSA Jessica Greenwood
       AUSA Frank Balsamello
       (by ECF)

---

Defendant's application for an opportunity to reply to the government's response by January 23, 2023 is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/20/2023
New York, New York