

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 6, 2023

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Raymond White*, 21 Cr. 660 (ER)

Dear Judge Ramos:

The Government writes to request an extension of the current deadline to respond to the defendant's January 31, 2023 Motion to Dismiss (ECF No. 75). The Government previously sought until February 7, 2023 to respond to the defendant's (the "Motion to Dismiss"). Pursuant to the parties' agreed upon pretrial schedule, the Government's response to the defendant's motions in limine are due on Friday February 10, 2023. At that time, the Government also intends to file a motion to preclude the defendant's proposed expert testimony. Because the issues presented in the defendants' Motion to Dismiss, motions in limine, and expert report are substantially overlapping, and to reduce separate briefing in response, the Government respectfully requests until February 10, 2023 to respond to each of the foregoing in a single brief.

Defense counsel consents to this request.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: ___/s/_____
Edward C. Robinson Jr.
Jessica Greenwood
Frank Balsamello
Assistant United States Attorneys
(212) 637- 2273 / -1090 / -2325

> The Government's request for an extension until February 10, 2023 to file a single briefing in response to the defendant's motions in limine, the defendant's motion to dismiss, and to move to preclude the defendant's proposed expert testimony is granted. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: February 7, 2023
> New York, New York

Cc: All counsel (via ECF)