UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
**UNITED STATES**  :
:
:
   -v-   :
: **ORDER**
**RAYMOND WHITE,**  :
: 21 Cr. 660 (ER)
                      **Defendant.**  :
:
------------------------------------------------------------X

**HON. EDGARDO RAMOS**, District Judge:

      **IT IS HEREBY ORDERED** that as defendant's trial is to begin on February 21, 2023, Defense Counsel will be allowed to take the defendant's trial clothing to the United States Marshal Service for the Southern District of New York, located at the Courthouse at 500 Pearl Street, 4th Floor, New York, New York, and the Marshal Service will give the clothing to the defendant so that he can wear the clothing at his trial.  The clothing is listed as follows:

1 Gray 2 piece suit
1 Blue 2 piece suit
1 Black 2 piece suit
1 White dress shirt
1 Blue dress shirt
3 men's ties
1 pair of black dress shoes with laces
3 pairs of black socks
1 belt (black/ brown)


**SO ORDERED:**

_____
**THE HONORABLE EDGARDO RAMOS**
**United States District Judge**


Dated:     February  14    , 2023
           New York, New York