

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

**MEMO ENDORSED**

March 7, 2023

<u>VIA ECF and E-MAIL</u>

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> _____ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: ____3/8/2023____
> New York, New York

Re:   <u>United States of America v. Raymond White</u>
      21 Cr. 660 (ER)

Dear Judge Ramos:

    I represent Mr. White as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court permit defense counsel, Calvin Scholar and Sarah Speis, and Thomas Reid, an expert appointed pursuant to CJA, to file interim vouchers.

Respectfully submitted,

/s/

Calvin H. Scholar

CHS/ jb