

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

June 29, 2023

<u>**VIA ECF and E-MAIL**</u>

MEMO ENDORSED, pg. 2.

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     <u>United States of America v. Raymond White</u>
         21 Cr. 660 (ER)

Dear Judge Ramos:

        I represent Mr. White as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.  I write respectfully to request an adjournment of sentencing from September 20, 2023 for approximately thirty (30) days until late October 2023.  Mr. White has requested a late July 2023 date for submission of his objections to the Presentence Report.  The additional time is necessary to allow counsel to comply with Mr. White's requests and to obtain a final Presentence Report.  In addition, Mr. White was moved from Essex County Jail to MDC Brooklyn which has caused a delay in communication and the loss of legal documents that were in Mr. White's possession.

        For the reasons listed above, the defense respectfully requests that the sentencing be adjourned until late October 2023.  The defense also respectfully requests that any deadlines associated with an adjournment be extended.  Specifically, the defense respectfully requests that objections to the Presentence Report be submitted by July 29, 2023 and the final Presentence Report be disclosed by September 11, 2023 and that the deadlines for the parties' sentencing submissions be extended accordingly.  This is the second request to adjourn sentencing.  The first request was granted to allow counsel additional time to confer with Mr. White regarding his plans for sentencing.  The Government consents to this request for an adjournment.

Respectfully submitted,

/s/

Calvin H. Scholar

CHS/jb

cc:    Office of the United States Attorney for
       the Southern District of New York,    via e-mail

       United States Department of Probation, SDNY

---

Sentencing is adjourned to October 27, 2023 at 11 a.m.  All related deadlines are extended accordingly.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  6/30/2023
New York, New York

---