UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:      PRELIMINARY ORDER OF
       - v. -                                              FORFEITURE/
:      MONEY JUDGMENT
RAYMOND WHITE,
   a/k/a "John Raymond Anthony White,"    :      S1 21 Cr. 660 (ER)
   a/k/a "Raymond Alexander White"
:
                           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about January 19, 2023, RAYMOND WHITE, a/k/a "John Raymond Anthony White," a/k/a "Raymond Alexander White," (the "Defendant"), was charged in a six-count superseding Indictment, S1 21 Cr. 660 (ER) (the "Indictment"), with major fraud against the United States, in violation of Title 18, United States Code, Sections 1031 and 2 (Count One); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Counts Two and Three); aggravated identity theft, in violation of Title 18, United States Code, Sections 1028A(a)(1), 1028A(b), and 2 (Count Four); false statements or representations, in violation of Title 18, United States Code, Sections 1001(a)(2) and 2 (Count Five); and false documents, in violation of Title 18, United States Code, Sections 1001(a)(3) and 2 (Count Six);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts Two and Three of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, on or about February 21, 2023, the Defendant pled guilty to Counts One through Six of the Indictment;

WHEREAS, the Government asserts that $273,176.90 in United States currency represents property constituting, or derived from, proceeds traceable to the commission of the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the Government seeks the entry of a money judgment in the amount of $273,176.90 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts Two and Three of the Indictment;

WHEREAS, the Court finds that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two and Three of the Indictment cannot be located upon the exercise of due diligence;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in Counts Two and Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $273,176.90 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts Two and Three of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, RAYMOND WHITE, and shall be deemed part of the sentence of the Defendant and shall be included in the judgment of conviction therewith.

3.  All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.  The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.  Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.  Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____              12/14/2023
HONORABLE EDGARDO RAMOS                DATE
UNITED STATES DISTRICT JUDGE