UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>RAYMOND WHITE,<br><br>Defendant. | **ORDER**<br><br>21 Cr. 660 (ER) |

Ramos, D.J.:

On November 20, 2023, Defendant filed his sentencing submission with the Court.

Included in his submission was a request to file it under seal.  That application is granted.

It is SO ORDERED.

Dated:  August 22, 2024
        New York, New York

_____
Edgardo Ramos, U.S.D.J.